IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAV-RX PRESCRIPTION SERVICES, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>DRUGSITE LIMITED, a New Zealand limited liability company, and DRUGSITE LIMITED, as Trustee of The Drugsite Trust,<br><br>Defaulted Defendants. | 4:23CV3232<br><br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on November 30, 2023. (Filing No. 1). Plaintiff filed an affidavit and proof of service on Defendants in December 2023. (Filing No. 11). Thereafter, Plaintiff moved for Clerk's Entry of Default on May 23, 2024. (Filing No. 19). Clerk's Entry of Default as to Drugsite Limited, a New Zealand limited liability company, and Drugsite Limited, as Trustee of The Drugsite Trust was entered in accordance with Federal Rule of Civil Procedure 55(a) on May 24, 2024. (Filing No. 21).

Plaintiff has a duty to prosecute the case with reasonable diligence and advance the case in accordance with the applicable rules and/or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until January 8, 2025 to show cause why this case should not be dismissed pursuant to [NECivR 41.2](#) for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 9th day of December, 2024.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge