IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SAV-RX PRESCRIPTION SERVICES, INC.,
a Nebraska corporation,

Plaintiff,

vs.

DRUGSITE LIMITED, a New Zealand limited
liability company; and DRUGSITE LIMITED,
as Trustee of the Drugsite Trust;

Defendants.

**4:23CV3232**

**ORDER TO WITHDRAW EXHIBITS OR
TO SHOW CAUSE WHY EXHIBITS
SHOULD NOT BE DESTROYED**

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's exhibits from Motion Hearing held December 22, 2023.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

Dated this 3rd day of June, 2026.

BY THE COURT:

s/ John M. Gerrard
Senior United States District Judge